TOLEDO BAR ASSOCIATION *v.* JAMES.

[Cite as Toledo Bar Assn. *v.* James (1986), 28 Ohio St. 3d 148.]

(D.D. No. 86-24—Decided December 24, 1986.)

*Richard M. Kerger, Craig F. Frederickson* and *Edward J. McCormick, Jr.,* for relator.

*Arthur F. James, pro se.*

*Per Curiam.* Upon a full review of this matter, this court finds that the respondent has violated DR 9-102(A) and 1-102(A)(4). This court accepts the recommendation of the board of commissioners and hereby orders that the respondent be suspended from the practice of law in the state of Ohio for a period of one year.

It is further ordered that the costs of these proceedings be taxed to the respondent.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.